**IN THE UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

| | |
|---|---|
| **In the Matter of:** } | |
| } | Case No. 09-31018 |
| Michael Philip Frino and } | |
| Deborah Ann Frino } | |
| } | |
| } | Chapter 7 |
| **Debtor(s)** } | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the Chapter 7 Statement of Intent by depositing the same in a postpaid envelope properly addressed to each party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service.

Larry Stiles                                              via ECF
223 East Boulevard
Charlotte, NC  28203

John Bramlett                                          via ECF
Bankruptcy Administrator
402 W. Trade Street
Room 200
Charlotte, NC 28202-1664

Countrywide
Post Office Box 5170
Simi Valley CA 93062-0000

First Citizens Bank
P.O. Box 25187
Raleigh NC 27611-0000

Ford Credit
National Bankruptcy Center
P.O. Box 537901
Livonia MI 48153-7901

Rockridge Shores HOA
21530 Sandy Cove Rd.
Cornelius NC 28031-0000

American Honda Finance Corp.
P.O. Box 105027
Atlanta GA 30348-5027

Brinks
P.O. Box 152235
Irving TX 75015-0000

Verizon Wireless
P.O. Box 105378
Atlanta GA 30348-0000


This the 27th day of April, 2009.


    ____/s/_____
    Beth Carter
    Post Office Box 2270
    Davidson, NC  28036
    (704) 892-1699; (704) 892-8664 (fax)